AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOHN W. WITTER <br><br> *Plaintiff(s)* <br> v. <br><br> WASH PLUS, LLC, <br> and MICHAEL D. KELCH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 22-cv-60501-RUIZ/STRAUSS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MICHAEL D. KELCH

2100 NW 22 STREET
POMPANO BEACH, FL 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Mar 8, 2022

*s/ Bonnie Bernard*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOHN W. WITTER *Plaintiff(s)* | ) ) ) ) ) | |
| v. | | 22-cv-60501-RUIZ/STRAUSS |
| WASH PLUS, LLC, and MICHAEL D. KELCH *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* WASH PLUS, LLC through its Registered Agent:

KELCH, MICHAEL D
2100 NW 22 STREET
POMPANO BEACH, FL 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Mar 8, 2022

*s/ Bonnie Bernard*
Deputy Clerk
U.S. District Courts