UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-cv-60501-RAR

JOHN W. WITTER
and other similarly situated individuals,

 Plaintiff (s),

v.

WASH PLUS, LLC,
and MICHAEL D. KELCH, individually,

 Defendants,
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

 Plaintiff, JOHN W. WITTER, through the undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement listing the parties and entities interested in this case as required by Rule 7.1(a) of the Federal Rules of Civil Procedure. The following persons have a financial interest in the outcome of this case:

1. JOHN W. WITTER, Plaintiff
2. Zandro E. Palma, Esq., Counsel for the Plaintiff.
3. WASH PLUS, LLC, Defendant
4. MICHAEL D. KELCH, Defendant
5. Ashwin R. Trehan, Esq., Counsel for Defendants

Dated: April 21, 2022

              Respectfully submitted,

              **ZANDRO E. PALMA, P.A.**
              **Attorney for Plaintiff**

        9100 S. Dadeland Blvd. Suite 1500
        Miami, FL 33156
        Telephone:  (305) 446-1500
        Facsimile:   (305) 446-1502
        zep@thepalmalawgroup.com
        BY:   **s/Zandro E. Palma**

        Zandro E. Palma Esq.
        Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BY:   **/s/ Zandro E. Palma**
        Zandro E. Palma Esq.
        Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**
## **22-cv-60501-RAR**

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Ashwin R. Trehan, Esq.
Florida Bar No. 42675
ashwin@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
filings@spirelawfirm.com
*Counsel for Defendants*


Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*