UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-cv-60501-RAR

JOHN W. WITTER
and other similarly situated individuals,

    Plaintiff (s),

v.

WASH PLUS, LLC,
and MICHAEL D. KELCH, individually,

    Defendants,

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff JOHN W. WITTER has agreed to settle his claims against Defendants A WASH PLUS, LLC and MICHAEL D. KELCH. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of finalizing all the necessary settlement documentation.

Dated: May 26, 2022

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  May 26, 2022.

Respectfully submitted,

 /s/ Zandro E. Palma_____
ZANDRO E. PALMA, ESQ.